**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Nakeem COLEMAN, Petitioner**

**No. 811 MAL 2016**

Supreme Court of Pennsylvania.

March 7, 2017

### ORDER

PER CURIAM

**AND NOW,** this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Larry MULLINS, Petitioner**

**No. 438 EAL 2016**

Supreme Court of Pennsylvania.

March 7, 2017

### ORDER

PER CURIAM

**AND NOW,** this day of March 7, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Michael D. STOKES, Petitioner**

**No. 467 EAL 2016**

Supreme Court of Pennsylvania.

March 7, 2017

### ORDER

PER CURIAM

**AND NOW,** this day of March 7, 2017, the Petition for Allowance of Appeal is **DENIED.**